US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 17 2018

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 5:18CR50044-001 |
| VS. | ) 21 U.S.C. §841(a)(1) |
| | ) 21 U.S.C. § 846 |
| ALAN SALVADOR VEGA | ) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Beginning at a time unknown to the Grand Jury but at least as early as April 1, 2017, and continuing thereafter until January 26, 2018, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the defendant, ALAN SALVADOR VEGA, did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree with others, both known and unknown to the United States Grand Jury, to violate a law of the United States of America, to wit, prohibiting the distribution of methamphetamine, a schedule II controlled substance, all in violation of Title 21 U.S.C. § 841(a)(1) and § 846.

### COUNT TWO

On or about August 17, 2017, in the Western District of Arkansas, the defendant, ALAN SALVADOR VEGA, knowingly and intentionally distributed methamphetamine, a schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

## COUNT THREE

On or about August 18, 2017, in the Western District of Arkansas, the defendant, ALAN SALVADOR VEGA, knowingly and intentionally distributed methamphetamine, a schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

## COUNT FOUR

On or about August 25, 2017, in the Western District of Arkansas, the defendant, ALAN SALVADOR VEGA, knowingly and intentionally distributed methamphetamine, a schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

## COUNT FIVE

On or about October 2, 2017, in the Western District of Arkansas, the defendant, ALAN SALVADOR VEGA, knowingly and intentionally possessed with intent to distribute methamphetamine, a schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

A True Bill.

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

DUANE (DAK) KEES
UNITED STATES ATTORNEY

By: _____
Denis Dean
Assistant U. S. Attorney
Arkansas Bar No. 2007182
414 Parker Avenue
Fort Smith, AR  72901
479-249-9040
E-mail: denis.dean@usdoj.gov